IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ALMA PARKER,** | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:11-0288-KD-N |
| **CGI TECHNOLOGIES AND SOLUTIONS, INC.,** | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered this date granting summary judgment in favor of CGI Technologies and Solutions, Inc., it is hereby **ORDERED, ADJUDGED** and **DECREED** that the claims of plaintiff Alma Parker against defendant CGI Technologies and Solutions, Inc. are **DISMISSED with prejudice.**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is hereby entered in favor of defendant CGI Technologies and Solutions, Inc. and against plaintiff Alma Parker.

DONE and ORDERED this the 11th day of May, 2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE